**Jon E. YOUNT, Appellant**

v.

**Ernest S. PATTON, Superintendent, Sci-Camp Hill, and Harvey Bartle III, Attorney General of the Commonwealth of Pennsylvania.**

**No. 82–5372.**

United States Court of Appeals, Third Circuit.

Aug. 22, 1984.

Before HUNTER, GARTH, Circuit Judges, and STERN,* District Judge.

**ORDER**

1. Under date of June 26, 1984, the Supreme Court of the United States ordered that the judgment of this court in the above-captioned case be vacated, and remanded the case to this court for further proceedings in conformity with its opinion in *Patton v. Yount*, —— U.S. ——, 104 S.Ct. 2885, 81 L.Ed.2d 847 (1984).

2. Accordingly, the judgment of this court dated May 10, 1983, 710 F.2d 956 (3rd Cir.), is hereby vacated, and the judgment

by designation.

of the United States District Court for the Western District of Pennsylvania, 537 F.Supp. 873, denying the petition for writ of habeas corpus is hereby affirmed.